Adrianne M Porter
31 South 53rd St
Phila, Pa 19139

To whom it MAY concern

I have a record from your court appearing on my credit report. I've disputed the item with the credit bureaus Experian and Transunion. Both of which confirmed the records was verified by you. Please provide the procedure in which you verify records with the credit bureaus

Thank you in Advance

MAY 1 3 2024